IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            Case No. 4:20-cr-00131 KGB

JENNIFER CROWDER                                                                            DEFENDANT

## ORDER

Pending is defendant Jennifer Crowder's motion for early termination of probation (Dkt. No. 32). The government filed a response stating that the United States Probation Office does not oppose Ms. Crowder's motion and that the government adopts the same position, deferring to the Court (Dkt. No. 35).

On July 22, 2020, Ms. Crowder pled guilty to one count of conspiracy to violate the anti-kickback statute in violation of 18 U.S.C. § 371 and 42 U.S.C. § 1302a-7b(b) (Dkt. Nos. 4, 6). This Court sentenced Ms. Crowder to five years of probation on November 16, 2022 (Dkt. Nos. 24, 25).

Ms. Crowder's probation commenced on November 16, 2022; therefore, she has served approximately 32 months of her three-year term of probation. The United States Probation Office reports to the Court that Ms. Crowder is free from any Court-reported violations over a 12-month period, she is in substantial compliance with all conditions of supervision, she engages in appropriate prosocial activities, and she receives sufficient prosocial support to remain lawful well beyond the period of supervision. The Probation Office supports early termination of Ms. Crowder's term of probation. The government adopts the same position and defers to the Court.

Early termination of probation is governed by 18 U.S.C. § 3564(c). The Court may, after considering the applicable factors set forth in 18 U.S.C. § 3553(a), terminate a term of probation

after the expiration of one year of probation in the case of a felony "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." *See* 18 U.S.C. § 3564(c).

For good cause shown, the Court finds that early termination of Ms. Crowder's term of probation is warranted by Ms. Crowder's conduct and in the interest of justice. 18 U.S.C. § 3564(c). Therefore, the Court grants Ms. Crowder's motion for early termination of probation (Dkt. No. 32). The Court releases Ms. Crowder from the remainder of her term of probation.

It is so ordered this 22nd July 2025.

_____
Kristine G. Baker
Chief United States District Judge